UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

RODNEY LANIER, *for minor child S.L.*,

                          Plaintiff,

v.

JOHN H. LARRABEE, *City of Albany, NY Police Officer*; GREGORY R. MYERS, *Police Officer, City of Albany, NY*; and NATHANIEL PENDLETON, *Supervisor APD, Sgt. of the City of Albany, NY Police,*

                          Defendants.

_____

1:26-CV-0419
(GTS/CEF)

APPEARANCES:

RODNEY LANIER
  Plaintiff, *Pro Se*
469 Orange Street
Albany, New York 12206

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

Currently before the Court, in this *pro se* civil rights action filed by Rodney Lanier on behalf of both himself and his minor child S.L. ("Plaintiffs") against City of Albany Police Officers John H. Larrabee and Gregory R. Myers and Sergeant Nathaniel Pendleton ("Defendants"), is United States Magistrate Judge Carla B. Freedman's Report-Recommendation recommending that (1) Plaintiff Rodney Lanier's First Amendment retaliation claim be dismissed without prejudice and with leave to amend, (2) his claims on behalf of his minor child S.L. be dismissed without prejudice, and (3) his Fourth Amendment unlawful entry and unlawful search

1

claims survive the Court's *sua sponte* review.  (Dkt. No. 4.)  Plaintiff has not filed an Objection to the Report-Recommendation, and the time in which to do so has expired.  (*See generally* Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Freedman's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation:[1] Magistrate Judge Freedman employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein.  (Dkt. No. 4.)  To those reasons, the Court adds only a brief point.

Although the Report-Recommendation properly construes the claims of the Complaint as having been asserted by Rodney Lanier on behalf of both himself and his minor child S.L., the docket sheet currently lists "Rodney Lanier for minor child S.L" as the sole Plaintiff in this action.  As a result, the Clerk of the Court is directed to amend the docket sheet to reflect Rodney Lanier as a plaintiff independent of Rodney Lanier acting on behalf of his minor child S.L. (and then to terminate that latter Plaintiff pursuant to this Decision and Order).

**ACCORDINGLY**, it is

---

[1]    When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a clear error review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

**ORDERED** that the Clerk of Court shall amend the docket sheet to reflect Rodney Lanier as a plaintiff independent of Rodney Lanier acting on behalf of his minor child S.L.; and it is further

**ORDERED** that Magistrate Judge Freedman's Report-Recommendation (Dkt. No. 4) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that any claims brought by Plaintiff Rodney Lanier on behalf of his minor child S.L., are **DISMISSED** **without prejudice**; and it is further

**ORDERED** that Plaintiff Rodney Lanier's First Amendment retaliation clams are **DISMISSED** **without prejudice** and **with leave to amend within THIRTY (30) DAYS** from the entry of this Decision and Order through the filing of an **AMENDED COMPLAINT** that corrects the pleading defects identified in the Report-Recommendation; and it is further

**ORDERED** that Plaintiff's Fourth Amendment unlawful entry and unlawful search claims **SURVIVE** the Court's *sua sponte* review; and it is further

**ORDERED** that the Clerk of Court shall issue Summonses and forward them, along with copies of the Complaint, to the U.S. Marshal for service upon Defendants Pendleton, Larrabee, and Myers, and that Defendants are directed to respond in accordance with the Federal Rules of Civil Procedure.

Dated:  July 29, 2026
        Syracuse, New York

Glenn T. Suddaby
U.S. District Judge

3